UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTON PURISIMA,

            Plaintiff,

       -against-

BO XILAI, also known as Secretary of the Chinese
Communist Party in Chongqing, China ("China");
PEOPLE'S REPUBLIC OF CHINA ("CHINA");
DOES 1-1000,

            Defendants.
-----------------------------------------------------------------x
ANTON PURISIMA,

            Plaintiff,

       -against-

JIANG ZEMIN, also known as Leader of the
Chinese Communist Party (CCP) from 1989-2002;
XI-JIPING, also known as Vice President of
People's Republic of China, "China"; WANG
QISHAM, also known as Vice Premier of People's
Republic of China; LANG LANG, also known as
"Chinese Pianist"; LANG LANG
INTERNATIONAL MUSIC FOUNDATION;
JOHN DOE; JANE DOE,

            Defendants.
-----------------------------------------------------------------x

**ORDER**

**12-MC-748 (NGG)**

**ORDER**

**12-MC-755 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

On January 31, 2012, this court barred Plaintiff Anton Purisima from filing any new in forma pauperis complaints in this court without first seeking the court's leave. See Purisima v. Xilai, No. 11-CV-5523 (NGG) (LB), 2012 WL 293772 (E.D.N.Y. Jan. 31, 2012), reconsideration denied, 2012 WL 669045 (E.D.N.Y. Feb. 29, 2012). Purisima filed two new actions on October 24, 2012, and November 1, 2012, each accompanied by a request for leave to file a new case and

a request to proceed in forma pauperis. His requests for leave to file do not set forth any reason for allowing these actions to proceed. The Proposed Complaints each name Defendants who were previously named in Purisima's prior actions and raise substantially the same allegations against them. The court declines to explain yet again why these allegations are duplicative and frivolous; suffice it to say that they are. See Purisima v. Xilai, No. 11-CV-5523 (NGG) (LB), 2011 WL 6329831, at *2-3 (E.D.N.Y. Dec. 15, 2011). Accordingly, Purisima's motions for leave to file a new case and accompanying motions for in forma pauperis status are DENIED. The Clerk of Court is respectfully directed to close both of these actions.

SO ORDERED.

s/Nicholas G. Garaufis
Dated: Brooklyn, New York
February 22, 2013

NICHOLAS G. GARAUFIS
United States District Judge